IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| GABRIEL BUSH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV119-322 |
| ) | |
| WILLIAM JACKSON, Detective, ) | |
| Ocean Springs Police ) | |
| Department; CITY OF OCEAN ) | |
| SPRINGS; MARK S. DUNSTON, Chief ) | |
| of Ocean Springs Police ) | |
| Department; ) | |
| ) | |
| Defendants. ) | |

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 19), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's amended complaint is **DISMISSED**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2ND day of February 2021.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Additionally, it appears that Plaintiff has failed to keep the Court apprised of his address. See S.D. Ala. L.R. 83.5(b) ("A pro se party must promptly notify the Clerk of any change of address or telephone number. Failure to comply with this Rule may result in sanctions, including dismissal of a pro se plaintiff's action or entry of judgment against a pro se defendant.") This is an independent ground upon which to dismiss Plaintiff's case.